IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER DOUGAN,

    Petitioner,

v.                                                CASE NO. 1:09-cv-173-MMP-AK

WALTER MCNEIL,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 6, Motion for Leave to Proceed *in forma pauperis*, by Christopher Dougan. Petitioner has not submitted a financial certificate which has been completed by a prison official. Petitioner will therefore be required to file an amended motion for IFP in this case, which includes the necessary financial certification. Accordingly, it is **ORDERED**:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

Petitioner shall have until **November 10, 2009**, to file an amended application for leave to proceed *in forma pauperis* which includes his inmate account information, clearly designated as an "amended" application, or pay the $5.00 filing fee;

**Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this <u>_14th_</u> day of October, 2009.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**